UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT WAYNE ANNABEL,

        Plaintiff,                Case No. 1:14-cv-756

v.                                    Honorable Paul L. Maloney

MICHIGAN DEPARTMENT
OF CORRECTIONS et al.,

        Defendants.
_____/

## JUDGMENT

        In accordance with the Order issued this date:

        IT IS ORDERED that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.

Dated: September 29, 2014          /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    Chief United States District Judge